# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LASHAUNDA N. WILSON                                     Case Number: 07-70095
        5505 WINDY KNOLL DRIVE          SSN-xxx-xx-5568
        LOVES PARK, IL  61111

                                                        Case filed on:    1/15/2007
                                                        Plan Confirmed on: 6/8/2007

                              D Dismissed

Total funds received and disbursed pursuant to the plan:  $720.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 361.89 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 361.89 | 0.00 |
| 018 | INTERNAL REVENUE SERVICE | 8,115.89 | 8,115.89 | 110.75 | 0.00 |
| 019 | ILLINOIS DEPARTMENT OF REVENUE | 75.00 | 75.00 | 0.00 | 0.00 |
|  | Total Priority | 8,190.89 | 8,190.89 | 110.75 | 0.00 |
| 999 | LASHAUNDA N. WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 202.32 | 202.32 | 0.00 |
|  | Total Secured | 0.00 | 202.32 | 202.32 | 0.00 |
| 001 | NISSAN MOTOR ACCEPTANCE CORP | 11,090.65 | 11,090.65 | 0.00 | 0.00 |
| 002 | AMERICAN ON LINE / GPO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 740.19 | 740.19 | 0.00 | 0.00 |
| 004 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHECK IT | 224.87 | 224.87 | 0.00 | 0.00 |
| 008 | ECMC | 44,054.69 | 44,054.69 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 700.42 | 700.42 | 0.00 | 0.00 |
| 010 | KROGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROI SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | T-MOBILE | 251.85 | 251.85 | 0.00 | 0.00 |
| 014 | TARGET STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 547.44 | 547.44 | 0.00 | 0.00 |
| 016 | WASATCH PROPERTY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 57,610.11 | 57,610.11 | 0.00 | 0.00 |
|  | Grand Total: | 68,801.00 | 69,003.32 | 674.96 | 0.00 |

Total Paid Claimant:    $674.96
Trustee Allowance:      $45.04           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan